THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL AMSTRONG, | CASE NO. C18-00845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPUTY C. WHALEN et al., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related pre-trial deadlines (Dkt. No. 18). Having considered the motion and the relevant record, the Court hereby GRANTS the motion and ORDERS that:

1. The jury trial is continued to June 8, 2020;
2. All pre-trial orders must be filed by May 29, 2020;
3. Any mediation must be completed by March 2, 2020;
4. All trial briefs must be submitted by June 4, 2020;
5. All proposed voir dire/jury instructions must be submitted by June 4, 2020;
6. The discovery cutoff is February 7, 2020;
7. The deadline for filing dispositive motions is March 9, 2020.

MINUTE ORDER
C18-00845-JCC
PAGE - 1

DATED this 4th day of September 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk