THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG, | CASE NO. C18-0845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPUTY C. WHALEN et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint stipulated motion regarding discovery and related dates. (Dkt. No. 21.) The Court recently issued a minute order granting the parties' stipulated motion to continue the trial date and related pre-trial deadlines. (Dkt. No. 20.) However, the parties appear to have added new deadlines to their previously proposed schedule. Consequently, the Court GRANTS the current motion and ORDERS that the parties adhere to the following deadlines:

**TRIAL DATE:** **June 8, 2020**

Deadline for filing motions related to discovery: **December 19, 2019**
*(Any such motions shall be noted for consideration no later than the fourth Friday thereafter pursuant to LCR 7(d)(3))*

MINUTE ORDER
C18-0845-JCC
PAGE - 1

| | | |
|---|---|---|
| 1 | Discovery deadline: | **February 7, 2020** |
| 2 | Deadline for Mediation/Settlement Conference per CR 39.1(c)(2): | **March 2, 2020** |
| 3 | *(This is voluntary per LCR 39.1(a)(4), unless ordered by the Court, per LCR 39.1(a)4); see also CR 39.1(c)(3))* | |
| 4 | Disclosure of Expert Reports & Testimony per FRCP 26(a)(2)(D): | **March 10, 2020** |
| 5 | | |
| 6 | All Dispositive Motions Must be Filed by and noted on the motion calendar not later than the fourth Friday thereafter: | **March 9, 2020** |
| 7 | Deadline for all Motions in Limine to be FILED: | **April 27, 2020** |
| 8 | *(All Motions in Limine to be filed as one motion per Fed. CR 7(d) and noted no later than the third Friday thereafter)* | |
| 9 | Deadline for parties to file Agreed Pretrial Order per LCR 16(e): | **May 29, 2020** |
| 10 | *(See LCR 16.1 for PTO form)* | |
| 11 | All Trial Briefs must be submitted to Court: | **June 4, 2020** |
| 12 | Deadline for Completion of LCR 16(k) Conference *(optional)*: | **April 29, 2020** |
| 13 | Deadline for Courtroom Tech Training: | **May 6, 2020** |
| 14 | *(Note: generally imposed by Court order—generally 30 days before trial – check USDC website for dates/times-usually held 1st and 3rd Wednesday of each month).* | **Or May 20, 2020** |
| 15 | | |
| 16 | Counsel to contact the Courtroom Deputy Clerk at **paul_pierson@wawd.uscourts.gov** 2-4 weeks prior to trial: (per Minute Entry Re. Status Conference, dated 10/16/18-Dkt #14) | **May 11, 2020 – May 22, 2020** |
| 17 | | |
| 18 | Proposed voir dire, jury instructions, neutral statement of the case, and trial exhibits due to the Court: June 4, 2020 | **June 4, 2020** |
| 19 | | |
| 20 | **Length of Trial:** | **4 days estimated** |

DATED this 19th day of September 2019.

                                  William M. McCool
                                  Clerk of Court

                                  s/Tomas Hernandez
                                  Deputy Clerk