THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL AMSTRONG, | CASE NO. C18-0845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPUTY C. WHALEN *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline and deadline for filing motions related to discovery (Dkt. No. 46). Finding good cause to extend both deadlines, the Court hereby GRANTS the motion. The new discovery deadline is July 1, 2020. The new deadline for filing motions related to discovery is June 1, 2020.

DATED this 16th day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-0845-JCC
PAGE - 1