THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG, | CASE NO. C18-0845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPUTY C. WHALEN *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the trial date and related discovery deadlines (Dkt. No. 57). The Court hereby GRANTS the motion and ORDERS that the parties adhere to the following case schedule:

| | |
|---|---|
| **TRIAL DATE:** | **February 8, 2021** |
| **Length of Trial:** | **4 days** |
| Deadline for filing motions related to discovery: | **November 2, 2020** |
| Discovery deadline: | **December 7, 2020** |
| Deadline for mediation/settlement conference per CR 39.1(c)(2): *(voluntary, per LCR 39.1(a)(4), unless ordered by the Court; see also CR 39.1(c)(3)* | **November 10, 2020** |

MINUTE ORDER
C18-0845-JCC
PAGE - 1

| | |
|---|---|
| All Dispositive Motions Must be Filed by and noted on the motion calendar not later than the fourth Friday thereafter: | **November 9, 2020** |
| Disclosure of Expert Reports & Testimony per FRCP 26(a)(2)(D): | **November 9, 2020** |
| Deadline for all Motions in Limine to be FILED: *(All Motions in Limine to be filed as one motion per Fed. CR 7(3) and noted no later than the third Friday thereafter)* | **December 28, 2020** |
| Deadline for Completion of LCR 16(k) Conference *(optional)*: | **December 28, 2020** |
| Deadline for Courtroom Tech Training: *(Note: generally imposed by Court order—generally 30 days before trial – check USDC website for dates/times-usually held 1st and 3rd Wednesday of each month)* | **January 6, 2021 or January 20, 2021** |
| Counsel to contact the Courtroom Deputy Clerk at paul_pierson@wawd.uscourts.gov 2-4 weeks prior to trial: *(per Minute Entry re. Status Conference, dated 10/16/18—Dkt. #14)* | **January 11, 2021 – January 22, 2021** |
| Plaintiff's proposed Pretrial Statement to Defendants, per LCR 16(h): | **January 8, 2021** |
| Defendants proposed Pretrial Statement to Plaintiffs, per LCR 16(i): | **January 15, 2021** |
| Deadline for parties to file Agreed Pretrial Order per LCR 16(e): *(See LCR 16.1 for PTO form):* | **January 29, 2021** |
| Trial Briefs, proposed Voir Dire, Jury Instructions, neutral statement of the case, and trial exhibits due to the Court: | **February 4, 2021** |

DATED this 26th day of May 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk