1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG,<br><br>                      Plaintiff,<br><br>  vs.<br><br>DEPUTY C. WHALEN, et al.,<br><br>                      Defendants. | DEFENDANTS' REPRESENTATION STATEMENT<br><br>Case Number:  C18-00845-JCC<br><br>United States District Court Judge:<br>The Honorable John C. Coughenour |

Pursuant to FRAP 12(b), Defendants submit the following representation statement. The Defendants/Appellants and their counsel in this action are:

    Snohomish County    Counsel:    Deborah A. Severson, WSBA #35603
                                                      Deputy Prosecuting Attorney
                                                      Snohomish County Prosecutor's Office-
                                                      Civil Division
                                                     3000 Rockefeller Avenue, M/S 504
                                                     Everett, WA  98201
                                                     Ph: (425) 388-6330 / (425) 388-6333 (f)
                                                     Deborah.severson@co.snohomish.wa.us
                                                     Lisa.lindquist@co.snohomish.wa.us
                                                     cryden@snoco.org

DEFENDANTS' REPRESENTATION STATEMENT   - 1
C18-00845-JCC

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

| | | | |
|---|---|---|---|
| 1, 2 | Former Sheriff Robert "Ty" Trenary | Counsel: | Deborah A. Severson, WSBA #35603<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecutor's Office-Civil Division<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA  98201<br>Ph: (425) 388-6330 / (425) 388-6333 (f)<br>Deborah.severson@co.snohomish.wa.us<br>Lisa.lindquist@co.snohomish.wa.us<br>cryden@snoco.org |
| | Deputy Carl Whalen | Counsel: | Deborah A. Severson, WSBA #35603<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecutor's Office-Civil Division<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA  98201<br>Ph: (425) 388-6330 / (425) 388-6333 (f)<br>Deborah.severson@co.snohomish.wa.us<br>Lisa.lindquist@co.snohomish.wa.us<br>cryden@snoco.org |
| | Deputy Kore Oyetuga | Counsel: | Deborah A. Severson, WSBA #35603<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecutor's Office-Civil Division<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA  98201<br>Ph: (425) 388-6330 / (425) 388-6333 (f)<br>Deborah.severson@co.snohomish.wa.us<br>Lisa.lindquist@co.snohomish.wa.us<br>cryden@snoco.org |
| | Deputy Chad Daugherty | Counsel: | Deborah A. Severson, WSBA #35603<br>Deputy Prosecuting Attorney<br>Snohomish County Prosecutor's Office-Civil Division<br>3000 Rockefeller Avenue, M/S 504<br>Everett, WA  98201<br>Ph: (425) 388-6330 / (425) 388-6333 (f)<br>Deborah.severson@co.snohomish.wa.us<br>Lisa.lindquist@co.snohomish.wa.us<br>cryden@snoco.org |

DEFENDANTS' REPRESENTATION STATEMENT   - 2
C18-00845-JCC

**SNOHOMISH COUNTY<br>PROSECUTING ATTORNEY - CIVIL DIVISION<br>Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

The Plaintiffs/Appellees and their counsel in this action are:

| | | |
|---|---|---|
| Virgil Armstrong | Counsel: | John J. Kannin, WSBA #27315 |
| | | Kannin Law Firm, P.S. |
| | | 119 SW 152nd Street |
| | | Burien, WA 98166 |
| | | john@kanninlaw.com |
| | | ryley@kanninlaw.com |
| | | scott@kanninlaw.com |

DATED this 29th day of June, 2020.

    ADAM CORNELL
    Snohomish County Prosecuting Attorney

    By:  */s/ Deborah A. Severson*
    DEBORAH A. SEVERSON, WSBA#35603
    Deputy Prosecuting Attorney
    Snohomish County Prosecutors Office-Civil Division
    3000 Rockefeller Avenue, M/S 504
    Everett, WA 98201-4060
    Phone: 425.262-2105: Fax: 425.388.6333
    Email: Deborah.Severson@co.snohomish.wa.us

*Attorney for Defendants Snohomish County, Robert Ty Trenary, Carl Whalen, Kore Oyetuga and Chad Daugherty*

DEFENDANTS' REPRESENTATION STATEMENT   - 3
C18-00845-JCC

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I served a true and correct copy of foregoing document upon the person listed by the methods indicated:

| | |
|---|---|
| John Kannin<br>Kannin Law Firm, P.S.<br>119 SW 152nd Street<br>Burien, WA  98166<br>john@kanninlaw.com<br>ryley@kanninlaw.com<br>scott@kanninlaw.com | ☒ *Electronic Filing (CM/ECF)*<br>☐ Facsimile<br>☒ *Email*<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

*Attorney for Plaintiff Virgil E. Armstrong*

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Everett, Washington, this 29th day of June, 2020.

_____
Cindy Ryden, Legal Assistant

DEFENDANTS' REPRESENTATION STATEMENT  - 4
C18-00845-JCC

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333