FILED

NOV 19 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VIRGIL ARMSTRONG, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> CARL WHALEN, a Snohomish County Sheriff's Deputy, in his individual capacity, and the marital community comprised thereof; et al., <br><br> Defendants-Appellants. | No.   20-35583 <br><br> D.C. No. 2:18-cv-00845-JCC <br> Western District of Washington, Seattle <br><br> ORDER |

Appellants' motion (Docket Entry No. 16) for voluntary dismissal is granted.  This appeal is dismissed.  *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK20-50298/Pro Mo