THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG, | CASE NO. C18-0845-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DEPUTY C. WHALEN, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to lift the stay and request for a revised scheduling order (Dkt. No. 73). The Court GRANTS the motion, LIFTS the stay, and ORDERS the parties to meet and confer and file a joint status report within 14 days of the date of this order setting forth the parties' views on the date by which this case will be ready for trial and whether the parties are willing to consent to a remote bench trial. If the parties cannot agree, the parties should identify the areas of disagreement within the document and the Court will resolve any disputes.

//

//

//

DATED this 4th day of January 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk