The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEPUTY C. WHALEN, et al.,<br><br>　　　　Defendants. | NO. C18-845-JCC<br><br>NOTICE OF SETTLEMENT |

TO THE CLERK OF THE COURT:

In accordance with Local Rule 11(b), Defendants hereby give notice that all claims against all parties in this action have been settled. Any trials or other hearings in this matter may be stricken from the court calendar.

The parties request thirty (30) days to enter dismissal papers. This notice is being filed with the consent of all parties.

//

//

//

//

NOTICE OF SETTLEMENT   - 1
(C18-845-JCC)

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

Respectfully submitted this 11th day of February 2021.

ADAM CORNELL

Snohomish County Prosecuting Attorney

By:   /s/ Deborah A. Severson
DEBORAH A. SEVERSON, WSBA#35603
Deputy Prosecuting Attorney
Snohomish County Prosecuting Attorney's Office
Civil Division
Robert Drewel Bldg. 8th Floor, M/S 504
3000 Rockefeller Avenue
Everett, WA 98201-4060
Phone: 425.262-2105
Fax: 425.388.6333
Email: Deborah.Severson@co.snohomish.wa.us

*Attorney for Defendants Snohomish County, Master Patrol Deputy Carl Whalen, Deputy Kore Oyetuga, Deputy Chad Daugherty, and Sheriff Ty Trenary*

NOTICE OF SETTLEMENT   - 2
(C18-845-JCC)

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I served a true and correct copy of foregoing document upon the person listed by the methods indicated:

John Kannin
Kannin Law Firm, P.S.
119 SW 152nd Street
Burien, WA 98166

*Attorney for Plaintiff Virgil E. Armstrong*

☒ *Electronic Filing (CM/ECF)*
☐ Facsimile
☐ Express Mail
☐ Email
☐ U.S. Mail
☐ Hand Delivery
☐ Messenger Service

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED at Everett, Washington, this 11th day of February 2021.

_____
Cindy Ryden, Legal Assistant
NOTICE OF SETTLEMENT - 3
(C18-845-JCC)

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333