The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRGIL ARMSTRONG,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DEPUTY C. WHALEN, et al.,<br><br>　　　　　Defendants. | NO. C18-00845-JCC<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS<br><br>**NOTE ON MOTION CALENDAR:**<br>**Wednesday, March 3, 2021** |

## **STIPULATION**

COMES NOW Plaintiff Virgil Armstrong, by and through his attorney, John J. Kannin of Kannin Law Firm, and Defendants Snohomish County, Deputy Carl Whalen, Deputy Chad Daugherty, Deputy Kore Oyetuga, and Former Snohomish County Sheriff Robert "Ty" Trenary, by and through their attorney, Deputy Prosecuting Attorney Deborah A. Severson, hereby

STPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
C18-845-JCC - 1

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

stipulate and agree that all pending claims in this case shall be dismissed by the Court with prejudice and without costs or fees to any party.

DATED this 3rd day of March, 2021.

ADAM CORNELL
Snohomish County Prosecuting Attorney


By:  *s/ Deborah A. Severson*
DEBORAH A. SEVERSON, WSBA #35603
Deputy Prosecuting Attorney
Snohomish County Prosecutors Office
3000 Rockefeller Ave., M/S 504
Everett, WA 98201-4046
Tel: (425) 388-6330  /  Fax: (425) 388-6333
deborah.severson@co.snohomish.wa.us

*Attorney for Defendants Snohomish County, Deputies Whalen, Daugherty, Oyetuga, and Former Snohomish County Sheriff Robert Ty Trenary*

DATED this _3rd__ day of March, 2021. KANNIN LAW FIRM, P.S.


By:  s/John J. Kannin IV
_____
JOHN J. KANNIN IV, WSBA #27315
119 SW 152nd Street
Burien, WA  98166
Tel:  (206) 574-0202
john@kanninlaw.com
*Attorney for Plaintiff Virgil Armstrong*

STPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
C18-845-JCC - 2

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims by and between the parties in this case be dismissed with prejudice and without costs or fees to any party.

DATED this _____ day of _____, 2021.

HONORABLE JOHN C. COUGHENOUR
United States District Court Judge

Approved as to Form and Content:

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: _s/ Deborah A. Severson_
DEBORAH A. SEVERSON, WSBA #35603
Deputy Prosecuting Attorney
Snohomish County Prosecutors Office
3000 Rockefeller Ave., M/S 504
Everett, WA 98201-4046
Tel: (425) 388-6330  /  Fax: (425) 388-6333
deborah.severson@co.snohomish.wa.us

*Attorney for Defendants Snohomish County, Whalen, Daugherty, Oyetuga, and Trenary*

KANNIN LAW FIRM, P.S.

By: _____s/John J. Kannin IV_____
JOHN J. KANNIN, WSBA #27315
119 SW 152nd Street
Burien, WA  98166
Tel:  (206) 574-0202
john@kanninlaw.com

*Attorney for Plaintiff Virgil Armstrong*

STPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
C18-845-JCC - 3

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

# DECLARATION OF SERVICE

I declare that I am an employee of the Civil Division of the Snohomish County Prosecuting Attorney, and that I caused to be served the foregoing document on the following party by the method indicated:

| | |
|---|---|
| John J. Kannin<br>Kannin Law Firm, P.S.<br>119 SW 152nd Street<br>Burien, WA  98166<br>*Attorney for Plaintiff Virgil Armstrong* | ☒ E-filed: ***john@kanninlaw.com***<br>☐ Facsimile:<br>☐ Express Mail<br>☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Messenger Service |

I declare under the penalty of perjury of the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

SIGNED this 3rd day of March, 2021.

_____
Cindy Ryden, Legal Assistant

STPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS
C18-845-JCC - 4

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333